IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No.  07-cr-00036-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PABLO ARVIZU-HERNANDEZ,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    Hearing on the motion to continue will be held **April 3, 2007, at 9:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.


Dated: March 28, 2007

                                  s/ Jane Trexler, Judicial Assistant